UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHELLE BAILEY,<br><br>    Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF<br>CORRECTIONS,<br><br>    Defendant. | Case No. 08-601-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Illinois Department of Corrections and against Plaintiff Michelle Bailey and that this case is **DISMISSED with prejudice**.

**DATED:** September 9, 2009            **JUSTINE FLANAGAN**
                                                      **Acting Clerk of Court**

                                                      **By:s/Deborah Agans**
                                                      **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**